## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| NORTH AMERICAN COMPANY FOR LIFE AND HEALTH INSURANCE,<br><br>  Plaintiff,<br><br>vs.<br><br>ALFREDO NIEVES, DALIA NIEVES, LUZ ORTIZ, NELLIE NIEVES, AND WILFREDO NIEVES JR.,<br><br>  Defendants. | Case No.: 1:23-cv-647 |

## COMPLAINT FOR INTERPLEADER

Plaintiff North American Company for Life and Health Insurance ("North American"), files this Complaint For Interpleader against Defendants Alfredo Nieves, Dalia Nieves, Luz Ortiz, Nellie Nieves, and Wilfredo Nieves Jr. (collectively, "Defendants") pursuant to 28 U.S.C. § 1335, and, in so doing, respectfully states as follows:

### NATURE OF ACTION

1. This is an interpleader action to resolve competing claims between the Defendants regarding the death benefit proceeds of North American Contract No. *****0401 (the "Contract"), owned by Wilfredo Nieves Sr.

2. North American is indifferent to and has no stake regarding which of the Defendants is entitled to the death benefit under the Contract and seeks an Order from this Court permitting it to deposit the Contract's proceeds with the Court's Registry and discharging North American from further liability as to the Contract's proceeds.

## PARTIES AND JURISDICTION

3. North American is a corporation organized and existing under the laws of the State of Iowa, with its principal place of business located in Iowa, and, accordingly, is a citizen of Iowa.

4. Alfredo Nieves is a citizen and domiciliary of Cuyahoga County, Ohio.

5. Dalia Nieves is a citizen and domiciliary of Queens County, New York.

6. Luz Ortiz is a citizen and domiciliary of Osceola County, Florida.

7. Nellie Nieves is a citizen and domiciliary of Westchester County, New York.

8. Wilfredo Nieves Jr. is a citizen and domiciliary of Ramsey County, Minnesota.

9. This Court has subject matter jurisdiction over this interpleader action, together with the claims, counterclaims, and defenses arising from the transactions and occurrences that are the subject matter of this interpleader action, pursuant to 28 U.S.C. § 1335, in that minimal diversity exists because at least two of the claimants (i.e., Defendants) to the "res" that is subject to this statutory interpleader are citizens of different states and the value of the res exceeds $500.

10. Being a statutory interpleader under 28 U.S.C. § 1335, this Court has personal jurisdiction over the defendants pursuant to 28 U.S.C. § 2361.

11. Venue is proper in this Court pursuant to 28 U.S.C. § 1397 because one or more of the Defendants as claimants or potential claimants resides in this judicial district.

12. Pursuant to 28 U.S.C. § 1335(a) and Fed. R. Civ. P. 67, North American will hereafter file, in compliance with Local Rule 67.1, a Motion For Interpleader Of Proceeds, Discharge, Dismissal With Prejudice, And Attorney's Fees And Costs seeking leave to deposit the contractual obligations due under the Contract into the registry of this Court.

## FACTUAL BACKGROUND

A.  **Relevant Parties**

13. Wilfredo Nieves Sr. was the owner and annuitant under the Contract.

14. Luz Ortiz (formerly Nieves) is Wilfredo Nieves Sr.'s ex-spouse.

15. Alfredo Nieves is the child of Luz Ortiz and Wilfredo Nieves Sr.

16. Dalia Nieves is the child of Luz Ortiz and Wilfredo Nieves Sr.

17. Nellie Nieves is the child of Luz Ortiz and Wilfredo Nieves Sr.

18. Wilfredo Nieves Jr. is the child of Luz Ortiz and Wilfredo Nieves Sr.

B.  **Contract No. *****0401**

19. The Contract is an annuity contract and was originally issued to Wilfredo Nieves Sr. on or about July 13, 2020, in exchange for an approximately $240,198.85 initial premium payment. (Ex. A.)

20. The primary beneficiaries to the Contract upon issue were Dalia Nieves, Luz Ortiz, and Wilfredo Nieves Jr. (Ex. B.)

21. There were no contingent beneficiaries to the Contract upon issue. (Ex. B.)

22. On or about January 11, 2021, North American accepted the paperwork it received designating Luz Ortiz as the power of attorney for Wilfredo Nieves Sr. (Ex. C.)

23. On or about April 22, 2021, North American received a new power of attorney designation for Wilfredo Nieves Sr., changing the power of attorney designation to Nellie Nieves and revoking the power of attorney designation of Luz Ortiz. (Ex. D.)

24. On or about May 19, 2021, North American received a beneficiary designation change request for the Contract naming Nellie Nieves as the primary beneficiary and George Alvarado III as the contingent beneficiary. (Ex. E.)

25. The proceeds for the Contract are approximately $159,000.00.

**C.** **Dispute**

26. Wilfredo Nieves Sr. passed away on March 8, 2022.

27. On or about March 29, 2022, Nellie Nieves submitted a claim on the Contract. (Ex. F.)

28. On or about May 17, 2022, North American received a fax from Dalia Nieves disputing the proper beneficiaries to the Contract. (Ex. G.)

29. On or about November 19, 2022, North American received a letter from Alfredo Nieves, Dalia Nieves, and Luz Ortiz disputing the proper beneficiaries to the Contract. (Ex. H.)

## CAUSE OF ACTION IN INTERPLEADER

30. The Defendants claim an interest in the proceeds of the Contract.

31. The claims of the Defendants are adverse and conflicting, and North American is unable to fully determine the Contract's rightful owner, to whom North American's rights and obligations under the Contract flow. North American is therefore in the position of an innocent stakeholder faced with the possibility of multiple liability on a single obligation and incidental costs.

32. North American neither has nor claims, any ownership interest in the Contract, for which North American at all times has been willing to perform all contractual obligations to the rightful owner.

33. North American has filed this Complaint For Interpleader of its own free will to avoid multiple liabilities and unnecessary suits and costs, and unconditionally tenders the disputed contractual obligations coming due under the Contract into the Court's registry. North American will abide by and perform on the Contract in accordance with the judgment of this Court.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff North American Company for Life and Health Insurance requests:

a. That Defendants be required to interplead together their conflicting ownership claims to North American Company for Life and Health Insurance Contract No. *****0401;

b. That Defendants be restrained and enjoined from instituting or prosecuting any action or proceeding in any State or United States Court affecting North American Company for Life and Health Insurance Contract No. *****0401;

c. That the Court enter an order granting North American's forthcoming Motion For Interpleader Of Proceeds, Discharge, Dismissal With Prejudice, And Attorney's Fees And Costs regarding the contractual obligations due under North American Company for Life and Health Insurance Contract No. *****6845 into the registry of this Court;

d. That the Court enter a declaratory judgment awarding ownership of North American Company for Life and Health Insurance Contract No. *****0401 and the rights thereunder to the rightful owner(s) of the Contract;

e. That North American is released and discharged from all liability to any party to this action on account of the matters relating to the ownership of North American Company for Life and Health Insurance Contract No. *****0401, conditioned only upon the compliance by North American with the future order or judgment of the Court concerning the Contract;

f. That North American be awarded its reasonable costs and attorney's fees; and

g. Such other and further relief, at law or in equity, to which North American may be justly entitled.

Dated: March 28, 2023                    Respectfully Submitted,

*s/ Rachel A. Yaggi*
Rachel A. Yaggi
FAEGRE DRINKER BIDDLE & REATH LLP
801 Grand Avenue, 33rd Floor
Des Moines, Iowa 50309
Tel: 515-248-9000
Fax: 515-248-9010
*rachel.yaggi@faegredrinker.com*

**Attorney for North American Company for Life and Health Insurance**