**IT IS SO ORDERED.**

s/*David A. Ruiz*
U.S. District Judge Date:
**September 15, 2023**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| NORTH AMERICAN COMPANY FOR LIFE AND HEALTH INSURANCE,<br><br>        Plaintiff,<br><br>vs.<br><br>ALFREDO NIEVES, DALIA NIEVES, LUZ ORTIZ, NELLIE NIEVES, AND WILFREDO NIEVES JR.,<br><br>        Defendants. | Case No. 1:23-cv-00647-DAR |

**NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE
PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)**

Plaintiff North American Company for Life and Health Insurance by and through its attorneys Faegre Drinker Biddle & Reath LLP, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), requests the Court dismiss the Action with prejudice. In support of its Notice, Plaintiff states as follows.

    1.    The parties have finalized and executed a Settlement Agreement that resolves the issues in this case.

    2.    Defendants have not filed an answer or other responsive pleading in this Action.

    3.    Pursuant to Rule 41(a)(1)(A)(i), the Plaintiff may dismiss this action without a court order by filing "a notice of dismissal before the opposing party serves either an answer or motion for summary judgment."

- 2 -

Accordingly, Plaintiff advises the Court that it voluntarily dismisses the above-captioned action pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: September 14, 2023　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　*s/ Rachel A. Yaggi*
　　　　　　　　　　　　　　　　　　　　Rachel A. Yaggi
　　　　　　　　　　　　　　　　　　　　FAEGRE DRINKER BIDDLE & REATH LLP
　　　　　　　　　　　　　　　　　　　　801 Grand Avenue, 33rd Floor
　　　　　　　　　　　　　　　　　　　　Des Moines, Iowa 50309
　　　　　　　　　　　　　　　　　　　　Tel: 515-248-9000
　　　　　　　　　　　　　　　　　　　　Fax: 515-248-9010
　　　　　　　　　　　　　　　　　　　　*rachel.yaggi@faegredrinker.com*

　　　　　　　　　　　　　　　　　　　　**Attorney for North American Company for Life and Health Insurance**